UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK MAURER, individually and on behalf of others similarly situated,<br><br>                                   Plaintiffs,<br><br>- against -<br><br>NATIONAL CARWASH SOLUTIONS, INC.,<br><br>                                   Defendant. | Case No.: 23-cv-916 (FJS)(DJS)<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective undersigned counsel that the above-captioned action is dismissed in its entirety pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure without costs to either party.

Dated: January 16, 2024

**LEEDS BROWN LAW, P.C.**

By: _____
Brett R. Cohen
One Old Country Road, Suite 347
Carle Place, New York 11514
Tel: (516) 873-9550
bcohen@leedsbrownlaw.com
*Attorneys for Plaintiffs*

Dated: January 16, 2024

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: ___/s/Kelly M. Cardin_____
Kelly M. Cardin
599 Lexington Avenue, 17th Floor
New York, New York 10024
Tel: (212) 492-2067
kelly.cardin@ogletree.com
*Attorneys for Defendant*

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date: January 17, 2024